IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARROLL DURRELL, PARENT AND EDUCATIONAL DECISION MAKER FOR S.H., et al. | : : : : | CIVIL ACTION |
| v. | : : | |
| LOWER MERION SCHOOL DISTRICT | : | NO. 10-6070 |

## ORDER

AND NOW, this 30th day of June, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant to dismiss Count I of the complaint, incorrectly denominated a motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure, is GRANTED for failure to state a claim under Rule 12(b)(6); and

(2) the motion of defendant to dismiss the complaint is otherwise DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                            J.