IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROL DURRELL, PARENT AND          :          CIVIL ACTION
EDUCATIONAL DECISION MAKER FOR     :
S.H.                               :
                                   :
          v.                       :
                                   :
LOWER MERION SCHOOL DISTRICT       :          NO. 10-6070

ORDER

          AND NOW, this 19th day of July, 2012, for the
reasons set forth in the accompanying Memorandum, it is hereby
ORDERED that:

          (1)  the motion of defendant for summary judgment (Doc.
#23) is GRANTED;

          (2)  the motions in limine of defendant Lower Merion
School District to exclude the expert reports and testimony of
Tawanna Jones (Doc. #29) and Dr. Ronald L. Rosenberg (Doc. #30)
are DENIED as moot; and

          (3)  the motions in limine of plaintiffs to exclude the
expert reports and testimony Dr. Catherine A. Fiorello (Doc. #38)
and Chad L. Staller and James Markham (Doc. #39) are DENIED as
moot.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                      J.